UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:                                                           Case No. 17-04358-HAC-13
Christina Stamper
       Debtor

## **OBJECTION TO CLAIM**

COMES NOW Daniel B. O'Brien, the Standing Chapter 13 Trustee for the Southern District of Alabama (the "Trustee"), and files this Objection to Claim. In support of this objection to Trustee Claim #30, ECF Claim #26 filed by <u>Pen Air Federal Credit Union</u> the Trustee states the following:

The Trustee's office has received a returned disbursement check with a letter stating that TruHome Solutions now holds the account. The Trustee's office has attempted to get the new creditor to file a transfer of claim to no avail.

No further disbursements can be made by the Trustee's office.

WHEREFORE given that the Trustee is unable to pay the remaining claim balance, the Trustee requests that the claim be reduced to the amount paid to date.

Dated: November 24, 2020                                    /s/ Daniel B. O'Brien
                                                                                     Daniel B. O'Brien
                                                                                     Chapter 13 Trustee
                                                                                     P. O. Box 1884
                                                                                     Mobile, AL 36633

## CERTIFICATE OF SERVICE
## VIA NOTICE OF ELECTRONIC FILING OR U.S. MAIL OR CERTIFIED MAIL

**By Electronic Notification:**
Pearce Law Firm
P. O. Box 609
Foley, AL 36536

**By First Class Mail:**
Christina Stamper
12856 Hunters Chase
Foley, AL 36535-8580

Pen Air Federal Credit Union
P. O. Box 24605
c/o PHH Mortgage
Attn: Bankruptcy Dept
West Palm Beach, FL 33416-4605

Pen Air Federal Credit Union
P. O. Box 5469
c/o PHH Mortgage
Mailstop SBRP
Mount Laurel, NJ 08054-5469

TruHome Solutions
9601 Legler Road
Lenexa, KS 66219

Dated: November 24, 2020                 /s/ Daniel B. O'Brien
                                         Daniel B. O'Brien
                                         Chapter 13 Trustee
                                         P. O. Box 1884
                                         Mobile, AL 36633